# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTON JEFFERSON, | CASE NO. 1:13-cv-00035-BAM PC |
| Plaintiff, | ORDER STRIKING COMPLAINT FROM RECORD FOR LACK OF SIGNATURE |
| v. | (ECF No. 1) |
| MEDLEY, et al., | THIRTY-DAY DEADLINE |
| Defendants. | |
| _____/ | |

Plaintiff Alton Jefferson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On January 9, 2013, Plaintiff filed an unsigned complaint. As unsigned documents cannot be considered by the Court, Plaintiff's complaint is HEREBY STRICKEN from the record. Fed. R. Civ. P. 11(a); Local Rule 131(b).

Plaintiff SHALL file an amended complaint within **thirty (30) days** from the date of service of this order. Failure to comply with this order will result in dismissal of this action in its entirety.

IT IS SO ORDERED.

Dated: __January 10, 2013__         _____
                                      /s/ **Barbara A. McAuliffe**
                                      UNITED STATES MAGISTRATE JUDGE

1